Henry S. Blum and Fred C. Ehman, appellants, v. Harrison M. Parker, appellee. Gen. No. 28,050.

Assumpsit for alleged breach of written contract for sale and purchase of stock. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923.

Busch, Leesman & Roemer, for appellants. Stedman, Kesler & Dingle, for appellee.

Mr. Justice Matchett delivered the opinion of the court.